IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE NARCISSE,<br><br>                Plaintiff,<br><br>     vs.<br><br>JOHN REYNOLDS, MELANIE WHITTAMORE-MANTZIOS, and SPENCE PROPEL,<br><br>                Defendants. | **8:19CV130**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on its own motion. On January 23, 2020, the court entered an order allowing this matter to proceed to service of process and directed the clerk of the court to obtain the last known addresses for Defendants John Reynolds and Spence Propel from the United States Marshal. (Filing No. 10.) The United States Marshal informed the court that they are unable to make a reliable determination of the last good address for these two Defendants using their normal policies and procedures. Plaintiff's Complaint identifies Defendants Reynolds and Propel as employees of the Nebraska Department of Health and Human Services at the time of the events alleged in his Complaint, and, as the court noted in its initial review order, it appears that Reynolds and Propel may no longer be employed by that agency. (*See* Filing No. 10 at CM/ECF p. 12, n. 7.) Accordingly, to aid in the progression of this case,

      IT IS ORDERED that:

      1.     No later than **May 26, 2020**, Ms. Phoebe L. Gydesen with the Nebraska Attorney General's Office, as counsel for Defendant Melanie Whittamore-Mantzios in her official capacity, shall provide to the court the addresses of Defendants John Reynolds and Spence Propel to the extent she knows

or can reasonably ascertain them. The employment addresses of these individuals will be sufficient if they are still employed with the Nebraska Department of Health and Human Services or any other state agency. If, however, either of these individuals is no longer employed with the State of Nebraska, their personal addresses shall be filed under seal with the court.

2. The clerk of the court is directed to set a pro se case management deadline using the following text: **May 26, 2020**: check for names and addresses from Ms. Gydesen.

Dated this 23rd day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge