IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE NARCISSE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN REYNOLDS, MELANIE WHITTAMORE-MANTZIOS, and SPENCE PROPEL,<br><br>    Defendants. | 8:19CV130<br><br>**ORDER** |

This matter is before the court on Plaintiff's pleading entitled "Objection to Dismiss" (filing no. 32), which has been docketed as a motion, and the Motions to Strike Plaintiff's Objection (filings 33 & 34) filed by Defendant Melanie Whittamore-Mantzios ("Defendant") in both her official and individual capacity. Plaintiff previously filed a nearly identical "Objection" (filing 24) which the court struck upon Defendant's motion. For the same reasons outlined in the court's previous Memorandum and Order (filing 30) striking Plaintiff's first "Objection,"

IT IS ORDERED that:

1. Defendant's Motions to Strike (filings 33 & 34) are granted.

2. Plaintiff's "Objection" (filing 32) is stricken from the record and the clerk of the court shall terminate the motion event associated with this filing.

3. Plaintiff is again advised that once all Defendants have answered,[1] the court shall enter a progression order addressing how this matter shall proceed.

Dated this 19th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] Defendants Spencer Popple and John Reynolds filed a waiver of service of summons on May 26, 2020 (filing 35) and have until July 20, 2020 to file an answer or responsive pleading.